UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-07879-CBM-SK | Date | June 20, 2025 |
|---|---|---|---|
| Title | *Brandon James Correa v. City of Torrance et al* | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**      **IN CHAMBERS- ORDER RE: DISMISSAL OF CASE**

On May 7, 2025, the parties filed a notice of settlement informing the Court that this case had settled in its entirety. (Dkt. No. 42.) On May 8, 2025, the Court ordered the parties to file a stipulation and order for dismissal, notice of voluntary dismissal, or judgment by no later than June 13, 2025, and that failure to timely file such papers shall result in dismissal of the action. To date, the parties have not filed a stipulation and order for dismissal, notice of voluntary dismissal, or judgment. Accordingly, the Court hereby **DISMISSES** this action without prejudice.

**IT IS SO ORDERED.**